540 A.2d 265

**GRAND OAK NURSING HOME, INC., Appellant,**

v.

**COMMONWEALTH of Pennsylvania, DEPARTMENT OF PUBLIC WELFARE, Appellee.**

**UPPER BUCKS NURSING AND CONVALESCENT CENTERS, INC., Lafayette Manor, Inc., Millville Health Center, Inc., Greenleaf Nursing and Convalescent, Inc., Briarleaf Nursing and Convalescent, Inc., and Grand Oak Nursing Home, Inc., Appellants,**

v.

**COMMONWEALTH of Pennsylvania, DEPARTMENT OF PUBLIC WELFARE, Appellee.**

Supreme Court of Pennsylvania.

Argued Dec. 8, 1987.

Decided April 19, 1988.

Gerald Gornish, Philadelphia, for appellants.

Bruce G. Baron, Harrisburg, for appellee.

Before NIX, C.J., and LARSEN, FLAHERTY, McDERMOTT, ZAPPALA and PAPADAKOS, JJ.

**ORDER**

Prior Report —— Pa.Cmwlth. ——, 541 A.2d 800.

PER CURIAM.

The Orders of the Commonwealth Court are affirmed.

STOUT, J., did not participate in the consideration or decision of this case.